# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **CYNTHIA MABRY-KING**<br>**CIRCUIT MEDIATOR**<br>7808 Cloister Place<br>GREENBELT, MD 20770<br>(301) 220-0656<br>FAX (301) 220-0174<br>Cynthia_Mabry-King@ca4.uscourts.gov | **FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA<br><br>**EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA |

January 4, 2016

Re: 15-2535, City of Rockingham v. FERC

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

This letter will confirm that the mediation conference scheduled for Friday, January 15, 2016 at 10:00am has been rescheduled for 2:00pm EASTERN time.

Thank you for your assistance in this matter.

Sincerely,

Cynthia Mabry-King
Circuit Mediator

Copies:  Holly E. Cafer
Garry Stephen Rice
Richard Roos-Collins
Brian C. Toth